IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF
WESTERN DIVISION

| | | |
|---|---|---|
| AMY PRICE, ADM'R OF THE<br>ESTATE OF HEATHER D. PRICE<br><br>Plaintiff<br><br>v.<br><br>MIAMI COUNTY/BOARD OF<br>COUNTY COMMISSIONERS, et al.<br><br>Defendants | *<br><br><br><br>*<br><br><br><br>* | CASE NO. 3:12-cv-00388-TMR<br><br>Judge Thomas M. Rose<br><br><br><br><br><br>**AGREED ENTRY ALLOWING**<br>**DEFENDANT LISA HAGEN TO**<br>**FILE AN AMENDED ANSWER** |

On agreement of counsel for Defendant Lisa Lynn Hagen and counsel for Plaintiff, Amy Price, Administrator of the Estate of Heather D. Price, and pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendant Hagen is granted leave to file an amended answer.

s/Thomas M. Rose
Judge Thomas M. Rose

Susan Blasik-Miller (0005248)
Shannon K. Bockelman (0082590)
FREUND, FREEZE & ARNOLD
Fifth Third Center
1 South Main Street, Suite 1800
Dayton, OH  45402-2017
Phone: (937) 222-2424
Fax: (937) 222-5369
sblasikmiller@ffalaw.com
sbockelman@ffalaw.com
*Attorneys for Defendant, Lisa Hagen, R.N.*

Per email authorization on 1/15/13
J. Pierre Tismo
Seth W. Schanher
Dyer, Garofalo, Mann & Schultz
Talbott Tower, Suite 1400
131 North Ludlow Street
Phone: (937) 323-8888
Fax: (937) 824-8630
ptismo@dgmslaw.com
Dayton, OH  45402
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served this ___ day of January, 2013, via electronic mail and/or regular U.S. Mail upon the following:

J. Pierre Tismo
Seth W. Schanher
Dyer, Garofalo, Mann & Schultz
Talbott Tower, Suite 1400
131 North Ludlow Street
Dayton, OH  45402
Trial Attorneys for Plaintiff

Mark Landes
A.J. Hensel
Isaac, Brant, Ledman
& Teetor, LLP
250 East Broad Street, Suite 900
Columbus, OH  43215-3742
Counsel for Defendants
Miami County Board of
County Commissioners and
Miami County Sheriff Charles A. Cox

Neil F. Freund
Freund, Freeze & Arnold
Fifth Third Center, Suite 1800
1 South Main Street
Dayton, OH 45402-2017
Counsel for Defendants
Ann Z. Moyer
Melinda Schultz
Upper Valley Medical Center/
Behavioral Health Care
Upper Valley Medical Center

Tri-County Crisis Center
3130 North County Road 25A
Troy, OH 45377
Defendant

Miami County Mental Health Center
3130 North County Road 25A
Troy, OH 45377
Defendant

                                                  */s/ Shannon K. Bockelman*
                                        Susan Blasik-Miller/Shannon K. Bockelman

FREUND, FREEZE & ARNOLD
A Legal Professional Association