# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**AMY PRICE**

      **Plianitff,**

-vs-             **Case No. 3:12-cv-388**

              **District Judge Thomas M. Rose**
              **Magistrate Judge Michael J. Newman**

**MIAMI COUNTY BOARD OF**
**COMMISSIONERS,**

      **Defendant.**

## ENTRY AND ORDER

  Pursuant to the Preliminary Pretrial Conference held on March 20, 2013, parties requested to amend certain dates within their Rule 26(f) Report (doc. 23). As of today's date, April 4, 2013, an amended report has not been filed.

  Therefore, it is the Order of this Court that parties have until **April 12, 2013,** to file an amended Rule 26(f) Report. Should an amended report not be filed, the Court will issue a pretrial order in accordance with parties Rule 26(f) Report (doc. 23) originally filed March 13, 2013.

  **DONE** and **ORDERED** in Dayton, Ohio, this 8th day of March, 2013.

              *s/Thomas M. Rose*

              _____
              THOMAS M. ROSE, JUDGE
              UNITED STATES DISTRICT COURT