IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

AMY PRICE,

    Plaintiff

    vs                                              Case No.   3:12-CV-388

MIAMI VALLEY BOARD OF
COUNTY COMMISSIONERS, et al.,         Judge Thomas M. Rose

    Defendants

## ORDER OF DISMISSAL: TERMINATION ENTRY

    The Court having been advised by counsel for the parties that the above matter has been settled, subject to Probate Court approval, IT IS ORDERED that this action is hereby DISMISSED, with prejudice as to the parties, provided that any of the parties may, upon good cause shown within 120 days, reopen the action if settlement is not consummated. The additional time period is given to allow approval by Montgomery County Probate Court.

    Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America,* 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry.

    The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

    IT IS SO ORDERED.

December 10, 2013                                           **s/Thomas M. Rose**

                                                              Thomas M. Rose, Judge
                                                              United States District Court